UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN, | CASE NO. 2:23-mc-00068 |
| | ORDER |

This matter comes before the Court on Plaintiff Meredith McGlown's Proposed Complaint. Dkt. No. 2. In her Proposed Complaint, McGlown asserts that the Social Security Administration denied her claim for Supplemental Security Income. Dkt. No. 2 at 2. Under the Court's vexatious litigant order, the Court must screen any complaint that McGlown files in this District before a summons will issue. Dkt. No. 1.

McGlown did not attach a copy of the Commissioner's final decision or the notice she received that her appeal was denied by the Social Security Administration.

42 U.S.C. § 405(g) describes the Court's jurisdiction to review final decisions of the Commissioner of Social Security:

> Any individual, after any final decision of the Commissioner of Social Security made after a hearing to which he was a party, irrespective of the amount in controversy, may obtain a review of such decision by a civil action commenced within sixty days after the mailing to him of

ORDER - 1

notice of such decision or within such further time as the Commissioner of Social Security may allow.

It also states that an appeal from a decision of the Commissioner must be filed within 60 days of the date on which the Plaintiff receives notice that the Commissioner's decision became final. § 405(g).

"The established rule is that a plaintiff, suing in federal court, must show in [her] pleading, affirmatively and distinctly, the existence of whatever is essential to federal jurisdiction, and, if he does not do so, the court, on having the defect called to its attention or on discovering the same, must dismiss the case, unless the defect be corrected by amendment." *Smith v. McCullough*, 270 U.S. 456, 459 (1926).

McGlown does not provide the Court with enough information to determine whether her complaint should proceed. Without this information, the Court is unable to determine it if it has jurisdiction.

The Court ORDERS McGlown to supplement her complaint by filing a copy of the Commissioner's final decision and the notice she received that her appeal was denied by the Social Security Administration. Failure to file these requested documents within 14 days of the date of this order will result in dismissal of her complaint.

Dated this 25th day of June, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2